1182

No. 98–7474. BLAKE *v.* MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7475. BECTON *v.* HARTE HANKS DIRECT MARKETING. C. A. 4th Cir. Certiorari denied.

No. 98–7509. COOK *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 98–7561. FEUERWERKER *v.* ZENT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7567. DAVIS *v.* MUROV ET AL. Sup. Ct. Va. Certiorari denied.

No. 98–7577. KIGHT *v.* O'NEILL ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–7583. LEE *v.* STEWART ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7606. MCINTIRE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7611. BRICKHOUSE *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 98–7612. BAILEY *v.* ALEXANDER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–7617. REED *v.* ROSSOTTI, COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 98–7622. IGLESIAS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 98–7636. MACIEL *v.* ROWLAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7637. SMITH *v.* BUDGET RENT-A-CAR SYSTEMS, INC. C. A. 4th Cir. Certiorari denied.

No. 98–7653. PATTERSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.